**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
JENNIFER AND TERRELL HENRY,

Debtor(s)

Case No.: 19-14001 VFP

Judge: Papalia

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: 4/21/2021

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: /s/ANS    Initial Debtor: /s/JH    Initial Co-Debtor: /s/TH

The Debtors have paid $13,10.00 over twenty-six (26) months, and;

| Part 1: | Payment and Length of Plan |
|---|---|

a. The debtor shall pay $ __$500.00__ per __month__ to the Chapter 13 Trustee, starting on __5/1/2021__ for approximately __34__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

　　☒　Future earnings

　　☐　Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

　☐ Sale of real property
　Description:
　Proposed date for completion: _____

　☐ Refinance of real property:
　Description:
　Proposed date for completion: _____

　☐ Loan modification with respect to mortgage encumbering property:
　Description:
　Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.  All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 1750 plus any additional amounts awarded by Court. |
| DOMESTIC SUPPORT OBLIGATION | | |
| State of NJ | Taxes | $1321.40 (Docket No. 33) |
| Nissan Motor Acceptance | Counsel Fee | $531.00 (Docket No. 51) |
| IRS | Taxes | $1934.62 (POC #2) |

    b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
    Check one:
    ☐ None
    ☒ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| Essex County Probation Division | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | $34,833.01 | Repayment of about $111.00 per week ($477.30 per month) outside of Plan per Court Order. |

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Caliber (POC #21) | 541 Huntington Avenue, Plainfield, NJ | $0.00 (see Order Approving Loan Modification Docket No. 77). | - | $0.00 (see Order Approving Loan Modification Docket No. 77). | $1,841.13 Subject to change during normal loan servicing |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Nissan Motor Acceptance Corp. | 2015 Nissan Altima | $886.42 (POC #1) | - | $886.42 (POC #1) | $441.00 |

**c. Secured claims excluded from 11 U.S.C. 506:** ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender**  ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

**Part 5:    Unsecured Claims** ☐ **NONE**

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:   Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:   Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**  ☒ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Administrative / Legal Fees and Costs
3) Secured Claims
4) Priority Unsecured Claims
5) General Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:    Modification  ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 7/1/20 Docket No. 60 .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The Plan is being modified post Order Approving Loan Modification. | The Plan is modified to now reflect a 60 month total post COVID Hardship, and also to update amounts to be paid moving forward per amended Schedules. The Plan is also modified to reflect that a loan modification was obtained and $0.00 is to be paid through the Plan as to arrears accordingly. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

| Part 10: | Non-Standard Provision(s): Signatures Required |
|---|---|

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: __4/21/2021_____        ___/s/Jennifer Henry_____
                                                                                   Debtor

Date: __4/21/2021_____        ___/s/Terrell Henry_____
                                                                                   Joint Debtor

Date: __4/21/2021_____        ___/s/Angela N. Stein_____
                                                                                   Attorney for Debtor(s)

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                         Case No. 19-14001-VFP
Jennifer Henry                                                                                        Chapter 13
Terrell Henry
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 4
Date Rcvd: Apr 22, 2021  Form ID: pdf901  Total Noticed: 67

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jennifer Henry, Terrell Henry, 541 Huntington Avenue, Plainfield, NJ 07060-2738 |
| cr | + | CALIBER HOME LOANS, INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518052056 | | ADT Security Services, 3100 S Vaughn Way, Aurora, CO 80014 |
| 518052057 | + | Alpha Recover Corp., 6912 S. Quentin St. Unit 10, Englewood, CO 80112-4531 |
| 518052059 | | Avant, Suite 1700, Chicago, IL 60601 |
| 518052060 | | B&B Collections, Inc., PO Box 2137, Toms River, NJ 08754-2137 |
| 518052061 | | Caliber Home Loans, P.O. Box 24610, Oklahoma City, OK 73124-0610 |
| 518101172 | | Celentano, Stadtmauer & Walentowicz, LLP, Notchview Office Park, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 518052068 | + | E-ZPass Customer Service Center, 375 McCarter Hwy, Newark, NJ 07114-2562 |
| 518052069 | | EMA, St. Barnabas Emergency Medical Associate, PO Box 6251, Parsippany, NJ 07054-7251 |
| 518052070 | | Essex County Probation Division, Child Support Enforcement, PO Box 372, Child Support Enf Unit, Newark, NJ 07101-0372 |
| 518052071 | | Essex Hudson Erology, PC, PO Box 550, Belleville, NJ 07109-0550 |
| 518052073 | | First PREMIER Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 518052074 | + | Garden State Dental - Roselle Park, 236 East Westfield Ave, Roselle Park, NJ 07204-2084 |
| 518052077 | + | Keith R. Esposito, Lyons Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 518052082 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan Motor Acceptance Corp, 8900 Freeport Parkway, Irving, TX 75063-2438 |
| 518052081 | | New Jersey Spine Center, 40 Main Street, Chatham, NJ 07928-2431 |
| 518060468 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 518054501 | + | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518052083 | | PAM, LLC-New Jersey E-ZPass, PO Box 1642, Milwaukee, WI 53201-1642 |
| 518052086 | | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 518152824 | + | Plainfield M.U.A, 127 Roosevelt Ave, Plainfield NJ 07060-1331 |
| 518052084 | | Plainfield M.U.A. Sewerage & Solid Waste, PO Box 416829, Boston, MA 02241-6829 |
| 518052085 | + | Pressler & Pressler, L.L.P., 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518206995 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518052089 | | Santander Consumer USA, P.O. Box 660633, Dallas, TX 75266-0633 |
| 518103215 | + | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518102135 | + | State of NJ, Dep. of Labor and Workforce, Development, PO Box 951, Trenton, NJ 08625-0951 |
| 518656421 | + | State of New Jersey, Department of Labor, POB 951, Trenton, NJ 08625-0951 |
| 518052091 | | The Derm Group, PO Box 1870, Cary, NC 27512-1870 |
| 518052092 | | Union Anes and Pain Management, PO Box 415750, Boston, MA 02241-5750 |
| 518052093 | | Union Anesthesia Associates PA, PO Box 415750, Boston, MA 02241-5750 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Apr 22 2021 22:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

| District/off: 0312-2 | User: admin | | Page 2 of 4 |
|---|---|---|---|
| Date Rcvd: Apr 22, 2021 | Form ID: pdf901 | | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 22 2021 22:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2021 22:22:17 | Orion, c/o PRA Receivables Management LLC, POB 41021, Norfolk, VA 23541-1021 |
| 518052058 | | Email/Text: g20956@att.com | Apr 22 2021 22:02:00 | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 518199970 | + | Email/Text: g20956@att.com | Apr 22 2021 22:02:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 518132294 | + | Email/Text: documentfiling@lciinc.com | Apr 22 2021 21:58:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518126993 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 22 2021 22:21:08 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518052062 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 22 2021 22:23:32 | Capital One Bank (USA), NA, PO Box 6492, Carol Stream, IL 60197-6492 |
| 518052063 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 22 2021 22:22:07 | Capital One Services, LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518052064 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 22:20:51 | Citibank / Choice, P.O. BOX 9001037, Louisville, KY 40290-1037 |
| 518052065 | + | Email/Text: bankruptcy@credencerm.com | Apr 22 2021 22:02:00 | Credence, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 518052066 | | Email/Text: G06041@att.com | Apr 22 2021 22:02:00 | Directv, PO Box 5007, Carol Stream, IL 60197-5007 |
| 518212840 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 22 2021 22:23:56 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518052072 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 22 2021 22:02:00 | Fingerhut Customer Service, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 518052075 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 22 2021 21:59:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518158792 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 22 2021 22:01:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518052076 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 22 2021 22:01:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 518101173 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2021 22:22:24 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 518130695 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2021 22:22:24 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518847035 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Apr 22 2021 22:23:30 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518847034 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Apr 22 2021 22:20:40 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518052078 | | Email/Text: bankruptcydpt@mcmcg.com | Apr 22 2021 22:01:00 | Midland Credit Management, Inc, 2635 Northside Drive, Suite 300, San Diego, CA 92108 |
| 518171971 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 22 2021 22:01:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 518052079 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

District/off: 0312-2 | User: admin | Page 3 of 4
Date Rcvd: Apr 22, 2021 | Form ID: pdf901 | Total Noticed: 67

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 22 2021 22:01:00 | Midland Funding, LLC, 2365 Northside Dr #300, San Diego, CA 92108-2709 |
| 518052080 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 22 2021 22:01:00 | Nelnet Loan Services, 3015 S. Parker Rd, Ste 425, Aurora, CO 80014-2904 |
| 518102423 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2021 22:23:41 | Orion Portfolio Services, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518142333 | + | Email/Text: bankruptcy@pseg.com | Apr 22 2021 21:57:00 | PSE&G, Attn: Bankruptcy Dept., PO Box 490, Cranford NJ 07016-0490 |
| 518159049 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 22 2021 22:01:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518052087 | + | Email/Text: bkrpt@retrievalmasters.com | Apr 22 2021 22:01:00 | RMCB, P.O. Box 1234, Elmsford, NY 10523-0934 |
| 518052088 | + | Email/Text: ebn@rwjbh.org | Apr 22 2021 22:02:00 | Saint Barnabas Medical Center, PO Box 903, Oceanport, NJ 07757-0903 |
| 518304598 | | Email/Text: bankruptcy@sw-credit.com | Apr 22 2021 22:01:00 | Southwest Credit, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 518101174 | + | Email/Text: bncnotices@stengerlaw.com | Apr 22 2021 21:58:00 | Stenger & Stenger P.C., 2618 East Paris Ave. SE, Grand Rapids, MI 49546-2458 |
| 518208894 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 22 2021 22:21:08 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518052095 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 22 2021 21:57:00 | Verizon, P.O. Box 4833, Trenton, NJ 08650-4833 |
| 518052094 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 22 2021 21:57:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518222405 | | Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City OK 731 |
| cr | *+ | Nissan Motor Acceptance Corporation, PO Box 660366, Dallas, TX 75266-0366 |
| 518052090 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 518052067 | ## | Diversified Consultants, Inc., PO Box 1391, Southgate, MI 48195-0391 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2021          Signature:    /s/Joseph Speetjens

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Apr 22, 2021 | Form ID: pdf901 | Total Noticed: 67

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Joint Debtor Terrell Henry nascondiglio@middlebrooksshapiro.com |
| Angela Nascondiglio Stein | on behalf of Debtor Jennifer Henry nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Debtor Jennifer Henry jminneci@middlebrooksshapiro.com |
| Jessica M. Minneci | on behalf of Joint Debtor Terrell Henry jminneci@middlebrooksshapiro.com |
| John R. Morton, Jr. | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melinda D. Middlebrooks | on behalf of Joint Debtor Terrell Henry middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Melinda D. Middlebrooks | on behalf of Debtor Jennifer Henry middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Nicholas V. Rogers | on behalf of Creditor CALIBER HOME LOANS INC. nj.bkecf@fedphe.com |
| Sindi Mncina | on behalf of Creditor CALIBER HOME LOANS INC. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie A. Hamilton | on behalf of Creditor New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov |

TOTAL: 13