Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

JENNIFER HENRY
TERRELL HENRY,

Debtors

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Case No.: 19-14001 VFP

**NOTICE OF RESERVE ON CLAIM**

Creditor:          PSE&G
Trustee Claim #:   29
Court Claim #:     9
Claimed Amount:    $799.65
Date Claim Filed:  03/26/2019

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Disbursement checks have been returned as undeliverable.  A change of address must be filed with the Court.  A change of address must be filed with the Court by the **creditor** or **creditor's attorney ONLY.**  The Trustee's records will not be updated by the filing of any other party.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  June 08, 2021

By:  /S/  Marie-Ann Greenberg
     Chapter 13 Standing Trustee

JENNIFER HENRY
TERRELL HENRY
541 HUNTINGTON AVENUE
PLAINFIELD, NJ    07060

MELINDA MIDDLEBROOKS ESQ
841 MOUNTAIN AVENUE, FIRST FLOOR
SPRINGFIELD, NJ    07081

PSE&G
PO BOX 490
ATTN: BANKRUPTCY DEPT
CRANFORD, NJ    07016