**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

JENNIFER HENRY
TERRELL HENRY

Order Filed on August 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  19-14001 VFP**

**Hearing Date:  8/18/2022**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 19, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  JENNIFER HENRY
            TERRELL HENRY

Case No.:  19-14001

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 08/18/2022 on notice to MELINDA

MIDDLEBROOKS ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it

is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $528.00

  starting on 9/1/2022 for 18 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

  then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-14001-VFP

Jennifer Henry                                                                  Chapter 13

Terrell Henry

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                          Page 1 of 2
Date Rcvd: Aug 19, 2022                       Form ID: pdf903                       Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Jennifer Henry, Terrell Henry, 541 Huntington Avenue, Plainfield, NJ 07060-2738 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2022                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Angela Nascondiglio Stein | on behalf of Joint Debtor Terrell Henry nascondiglio@middlebrooksshapiro.com |
| Angela Nascondiglio Stein | on behalf of Debtor Jennifer Henry nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Debtor Jennifer Henry jminneci@middlebrooksshapiro.com |
| Jessica M. Minneci | on behalf of Joint Debtor Terrell Henry jminneci@middlebrooksshapiro.com |
| John R. Morton, Jr. | |

| | |
|---|---|
| | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melinda D. Middlebrooks | on behalf of Joint Debtor Terrell Henry middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com |
| Melinda D. Middlebrooks | on behalf of Debtor Jennifer Henry middlebrooks@middlebrooksshapiro.com  melindamiddlebrooks@gmail.com |
| Nicholas V. Rogers | on behalf of Creditor CALIBER HOME LOANS  INC. nj.bkecf@fedphe.com |
| Sindi Mncina | on behalf of Creditor CALIBER HOME LOANS  INC. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie A. Hamilton | on behalf of Creditor New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov |

TOTAL: 13