MELINDA MIDDLEBROOKS ESQ
841 MOUNTAIN AVENUE, FIRST FLOOR
SPRINGFIELD, NJ  07081

Re:  JENNIFER HENRY  
TERRELL HENRY  
541 HUNTINGTON AVENUE  
PLAINFIELD, NJ  07060

Atty:  MELINDA MIDDLEBROOKS ESQ  
841 MOUNTAIN AVENUE, FIRST FLOOR  
SPRINGFIELD, NJ  07081

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 19-14001

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $27,110.00**

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/11/2019 | $640.00 | 5695015000 | 04/08/2019 | $640.00 | 5769611000 |
| 05/13/2019 | $640.00 | 5853361000 | 06/17/2019 | $640.00 | 5946224000 |
| 07/29/2019 | $640.00 | 6043501000 | 09/05/2019 | $640.00 | 6155052000 |
| 09/27/2019 | $640.00 | 6205410000 | 11/01/2019 | $640.00 | 6296183000 |
| 12/13/2019 | $640.00 | 6402140000 | 01/10/2020 | $640.00 | 6471325000 |
| 02/18/2020 | $640.00 | 6563878000 | 03/26/2020 | $640.00 | 6663842000 |
| 05/07/2020 | $640.00 | 6776142000 | 06/10/2020 | $640.00 | 6857181000 |
| 08/06/2020 | $230.00 | 6996531000 | 09/04/2020 | $115.00 | 7063933000 |
| 10/05/2020 | $115.00 | 7139964000 | 11/04/2020 | $115.00 | 7211797000 |
| 12/03/2020 | $115.00 | 7282351000 | 01/04/2021 | $115.00 | 7352261000 |
| 02/03/2021 | $115.00 | 7429435000 | 03/04/2021 | $115.00 | 7500696000 |
| 04/02/2021 | $115.00 | 7572080000 | 05/17/2021 | $500.00 | 7674358000 |
| 06/23/2021 | $500.00 | 7759507000 | 07/19/2021 | $500.00 | 7820541000 |
| 08/20/2021 | $500.00 | 7891179000 | 09/20/2021 | $500.00 | 7960810000 |
| 10/28/2021 | $500.00 | 8042254000 | 12/01/2021 | $500.00 | 8117043000 |
| 12/30/2021 | $500.00 | 8176449000 | 02/01/2022 | $500.00 | 8247519000 |
| 03/01/2022 | $500.00 | 8306189000 | 04/04/2022 | $500.00 | 8377404000 |
| 07/06/2022 | $1,500.00 | 8571647000 | 07/29/2022 | $500.00 | 8615283000 |
| 10/03/2022 | $528.00 | 8742167000 | 10/31/2022 | $528.00 | 8797644000 |
| 11/03/2022 | ($528.00) | 8797644000 | | | |

**Total Receipts:  $18,138.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $18,138.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AT&T MOBILITY II LLC | 05/17/2021 | $148.40 | 870,321 | 06/21/2021 | $114.27 | 872,121 |

**Chapter 13 Case # 19-14001**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| **CALIBER HOME LOANS** | | | | | | |
| | 01/13/2020 | $231.90 | 841,176 | 02/10/2020 | $271.38 | 843,054 |
| | 04/20/2020 | $271.38 | 846,904 | 05/18/2020 | $33.87 | 848,811 |
| **CAPITAL ONE BANK (USA), N.A.** | | | | | | |
| | 05/17/2021 | $35.05 | 870,383 | 05/17/2021 | $30.67 | 870,383 |
| | 06/21/2021 | $23.61 | 872,191 | 06/21/2021 | $26.99 | 872,191 |
| **COMCAST** | | | | | | |
| | 06/21/2021 | $8.35 | 872,252 | | | |
| **DIRECTV, LLC** | | | | | | |
| | 06/21/2021 | $7.69 | 872,289 | | | |
| **JEFFERSON CAPITAL SYSTEMS LLC** | | | | | | |
| | 05/17/2021 | $12.26 | 8,002,230 | 05/17/2021 | $10.48 | 8,002,230 |
| | 05/17/2021 | $34.81 | 8,002,230 | 05/17/2021 | $21.38 | 8,002,230 |
| | 05/17/2021 | $38.09 | 8,002,230 | 06/21/2021 | $9.44 | 8,002,279 |
| | 06/21/2021 | $8.08 | 8,002,279 | 06/21/2021 | $26.81 | 8,002,279 |
| | 06/21/2021 | $16.46 | 8,002,279 | 06/21/2021 | $29.32 | 8,002,279 |
| **LVNV FUNDING LLC** | | | | | | |
| | 05/17/2021 | $6.98 | 870,698 | 06/21/2021 | $5.37 | 872,502 |
| **MIDFIRST BANK** | | | | | | |
| | 06/15/2020 | $257.64 | 850,375 | 07/20/2020 | $264.80 | 852,157 |
| | 09/21/2020 | $95.16 | 855,824 | 10/19/2020 | $47.58 | 857,717 |
| | 11/16/2020 | $47.58 | 859,511 | 12/21/2020 | $47.58 | 861,317 |
| | 01/11/2021 | $47.58 | 863,128 | 02/22/2021 | $47.58 | 864,766 |
| | 03/15/2021 | $47.58 | 866,647 | | | |
| **MIDLAND FUNDING LLC** | | | | | | |
| | 05/17/2021 | $9.16 | 869,746 | 06/21/2021 | $7.06 | 871,504 |
| **NISSAN MOTOR ACCEPTANCE CORP** | | | | | | |
| | 01/13/2020 | $74.08 | 841,622 | 02/10/2020 | $86.69 | 843,495 |
| | 04/20/2020 | $86.69 | 847,363 | 05/18/2020 | $10.82 | 849,206 |
| | 05/18/2020 | $531.00 | 849,206 | 06/15/2020 | $82.30 | 850,892 |
| | 07/20/2020 | $84.58 | 852,720 | 09/21/2020 | $30.40 | 8,001,795 |
| | 10/19/2020 | $15.20 | 8,001,851 | 11/16/2020 | $15.20 | 8,001,911 |
| | 12/21/2020 | $15.20 | 8,001,967 | 01/11/2021 | $15.20 | 8,002,023 |
| | 02/22/2021 | $15.20 | 8,002,081 | 03/15/2021 | $15.20 | 8,002,136 |
| | 04/19/2021 | $15.20 | 8,002,187 | 05/17/2021 | $324.46 | 8,002,238 |
| **ORION PORTFOLIO SERVICES LLC** | | | | | | |
| | 06/21/2021 | $6.83 | 872,642 | | | |
| **PLAINFIELD MUA** | | | | | | |
| | 01/13/2020 | $212.48 | 841,697 | 02/10/2020 | $248.65 | 843,569 |
| | 04/20/2020 | $248.65 | 847,439 | 05/18/2020 | $31.03 | 849,266 |
| | 06/15/2020 | $236.06 | 850,953 | 07/20/2020 | $242.62 | 852,781 |
| | 09/21/2020 | $87.19 | 856,481 | 10/19/2020 | $43.60 | 858,330 |
| | 11/16/2020 | $43.60 | 860,114 | 12/21/2020 | $43.60 | 861,960 |
| | 01/11/2021 | $43.60 | 863,675 | 02/22/2021 | $43.60 | 865,473 |
| | 03/15/2021 | $43.60 | 867,219 | 04/19/2021 | $43.60 | 868,999 |
| | 05/17/2021 | $930.74 | 870,864 | | | |
| **PSE&G** | | | | | | |
| | 05/17/2021 | $9.39 | 870,894 | 06/09/2021 | ($9.39) | 870,894 |
| **SANTANDER CONSUMER USA** | | | | | | |
| | 05/17/2021 | $64.12 | 870,949 | 06/21/2021 | $49.36 | 872,776 |
| **STATE OF NEW JERSEY** | | | | | | |
| | 05/17/2021 | $15.72 | 870,997 | 06/21/2021 | $12.09 | 872,831 |
| | 10/06/2021 | ($12.09) | 872,831 | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| STATE OF NJ | | | | | | | |
| | 04/20/2020 | $1,321.40 | 847,791 | | 05/17/2021 | $57.14 | 871,106 |
| | 06/21/2021 | $44.01 | 872,946 | | | | |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 07/15/2019 | $42.45 | 8,001,153 | | 08/19/2019 | $365.06 | 8,001,194 |
| | 09/16/2019 | $365.05 | 8,001,237 | | 10/21/2019 | $374.56 | 8,001,281 |
| | 11/18/2019 | $374.56 | 8,001,323 | | 12/16/2019 | $360.50 | 8,001,362 |
| | 01/13/2020 | $52.44 | 8,001,404 | | 05/17/2021 | $102.38 | 8,002,272 |
| | 06/21/2021 | $78.84 | 8,002,325 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 917.61 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 9,562.70 | 100.00% | 8,955.20 | 607.50 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ADT SECURITY SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AT&T MOBILITY II LLC | UNSECURED | 12,637.05 | * | 262.67 | |
| 0003 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 2,964.58 | * | 61.62 | |
| 0004 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,820.47 | * | 37.84 | |
| 0006 | MIDFIRST BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0007 | CAPITAL ONE BANK (USA), NA | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,611.37 | * | 54.28 | |
| 0011 | DIRECTV, LLC | UNSECURED | 369.83 | * | 7.69 | |
| 0012 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,044.03 | * | 21.70 | |
| 0014 | EMA | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | ESSEX COUNTY PROBATION DIVISION/C | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0016 | ESSEX HUDSON EROLOGY, PC | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | GARDEN STATE DENTAL - ROSELLE PARK | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | UNITED STATES TREASURY/IRS | PRIORITY | 1,934.62 | 100.00% | 1,934.62 | |
| 0021 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 892.59 | * | 18.56 | |
| 0023 | MIDLAND CREDIT MANAGEMENT, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | MIDLAND FUNDING LLC | UNSECURED | 780.15 | * | 16.22 | |
| 0025 | NELNET LOAN SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | NEW JERSEY SPINE CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | NISSAN MOTOR ACCEPTANCE CORP | VEHICLE SECURE | 886.42 | 100.00% | 886.42 | |
| 0029 | PSE&G | UNSECURED | 799.65 | * | 0.00 | |
| 0030 | PLAINFIELD M.U.A. SEWERAGE & SOLID | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | RMCB | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | SAINT BARNABAS MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | SANTANDER CONSUMER USA | UNSECURED | 5,459.92 | * | 113.48 | |
| 0036 | THE DERM GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | UNION ANES AND PAIN MANAGEMENT | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | UNION ANESTHESIA ASSOCIATES PA | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | ORION PORTFOLIO SERVICES LLC | UNSECURED | 328.69 | * | 6.83 | |
| 0044 | CALIBER HOME LOANS | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0045 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,984.62 | * | 62.04 | |
| 0046 | UNITED STATES TREASURY/IRS | UNSECURED | 8,718.67 | * | 181.22 | |
| 0047 | STATE OF NJ | PRIORITY | 1,321.40 | 100.00% | 1,321.40 | |
| 0048 | SAINT BARNABAS MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | COMCAST | UNSECURED | 401.81 | * | 8.35 | |
| 0050 | LVNV FUNDING LLC | UNSECURED | 594.25 | * | 12.35 | |
| 0051 | PLAINFIELD MUA | SECURED | 2,542.62 | 100.00% | 2,542.62 | |
| 0052 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 3,243.19 | * | 67.41 | |
| 0053 | MERCEDES MIRANDA | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0054 | STATE OF NJ | UNSECURED | 4,865.99 | * | 101.15 | |
| 0055 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 121.42 | * | 0.00 | |

**Chapter 13 Case # 19-14001**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0057 | ALPHA RECOVER CORP. | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | AVANT | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | DIVERSIFIED CONSULTANTS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0060 | INTERNAL REVENUE SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0061 | SOUTHWEST CREDIT SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0062 | VERIZON | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | STATE OF NEW JERSEY | UNSECURED | 1,338.25 | * | 15.72 | |
| 0064 | NISSAN MOTOR ACCEPTANCE CORP | ADMINISTRATIVE | 531.00 | 100.00% | 531.00 | |
| 0065 | MIDFIRST BANK | (NEW) MTG Agreed | 538.00 | 100.00% | 0.00 | |

**Total Paid: $18,138.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $18,138.00    -    Paid to Claims: $8,265.19    -    Admin Costs Paid: $9,872.81    =    Funds on Hand: $0.00

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.