Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−14001−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jennifer Henry
dba T&J Car Detailing
541 Huntington Avenue
Plainfield, NJ 07060

Terrell Henry
541 Huntington Avenue
Plainfield, NJ 07060

Social Security No.:
xxx−xx−8314

xxx−xx−3550

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/16/23 at 10:00 AM

to consider and act upon the following:

*116* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 1/24/2023. (Attachments: # 1 Proposed Order) (Greenberg, Marie−Ann)

*119* − Certification in Opposition to Trustee Default (related document:116 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 1/24/2023. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Angela Nascondiglio Stein on behalf of Jennifer Henry, Terrell Henry. (Attachments: # 1 Certificate of Service) (Stein, Angela)

Dated: 1/25/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court