Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−14001−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jennifer Henry
dba T&J Car Detailing
541 Huntington Avenue
Plainfield, NJ 07060

Terrell Henry
541 Huntington Avenue
Plainfield, NJ 07060

Social Security No.:
xxx−xx−8314                           xxx−xx−3550

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/16/23 at 10:00 AM

to consider and act upon the following:

*116* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 1/24/2023. (Attachments: # 1 Proposed Order) (Greenberg, Marie−Ann)

*119* − Certification in Opposition to Trustee Default (related document:116 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 1/24/2023. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Angela Nascondiglio Stein on behalf of Jennifer Henry, Terrell Henry. (Attachments: # 1 Certificate of Service) (Stein, Angela)

Dated: 1/25/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-14001-VFP
Jennifer Henry  Chapter 13
Terrell Henry
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Jan 25, 2023     Form ID: ntchrgbk     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jennifer Henry, Terrell Henry, 541 Huntington Avenue, Plainfield, NJ 07060-2738 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Joint Debtor Terrell Henry nascondiglio@middlebrooksshapiro.com |
| Angela Nascondiglio Stein | on behalf of Debtor Jennifer Henry nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Debtor Jennifer Henry jminneci@middlebrooksshapiro.com |
| Jessica M. Minneci | on behalf of Joint Debtor Terrell Henry jminneci@middlebrooksshapiro.com |
| John R. Morton, Jr. | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 25, 2023 | Form ID: ntchrgbk | Total Noticed: 1 |

on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Marie-Ann Greenberg

    magecf@magtrustee.com

Melinda D. Middlebrooks

    on behalf of Joint Debtor Terrell Henry middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Melinda D. Middlebrooks

    on behalf of Debtor Jennifer Henry middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Nicholas V. Rogers

    on behalf of Creditor CALIBER HOME LOANS  INC. nj.bkecf@fedphe.com

Sindi Mncina

    on behalf of Creditor CALIBER HOME LOANS  INC. smncina@raslg.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

Valerie A. Hamilton

    on behalf of Creditor New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov

TOTAL: 13