Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−14001−VFP
          Chapter: 13
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Jennifer Henry                             Terrell Henry
   dba T&J Car Detailing               541 Huntington Avenue
   541 Huntington Avenue           Plainfield, NJ 07060
   Plainfield, NJ 07060

Social Security No.:
   xxx−xx−8314                               xxx−xx−3550

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 4, 2021.

On 02/17/2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:            April 6, 2023
Time:           08:30 AM
Location:      Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 2, 2023
JAN: dlr

                                                                      Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jennifer Henry  
Terrell Henry  
    Debtors

Case No. 19-14001-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 02, 2023 | Form ID: 185 | Total Noticed: 68 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jennifer Henry, Terrell Henry, 541 Huntington Avenue, Plainfield, NJ 07060-2738 |
| cr | + | CALIBER HOME LOANS, INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518052056 | | ADT Security Services, 3100 S Vaughn Way, Aurora, CO 80014 |
| 518052059 | | Avant, Suite 1700, Chicago, IL 60601 |
| 518052060 | | B&B Collections, Inc., PO Box 2137, Toms River, NJ 08754-2137 |
| 518101172 | | Celentano, Stadtmauer & Walentowicz, LLP, Notchview Office Park, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 518052069 | | EMA, St. Barnabas Emergency Medical Associate, PO Box 6251, Parsippany, NJ 07054-7251 |
| 518052070 | | Essex County Probation Division, Child Support Enforcement, PO Box 372, Child Support Enf Unit, Newark, NJ 07101-0372 |
| 518052071 | | Essex Hudson Erology, PC, PO Box 550, Belleville, NJ 07109-0550 |
| 518052074 | + | Garden State Dental - Roselle Park, 236 East Westfield Ave, Roselle Park, NJ 07204-2084 |
| 518052077 | + | Keith R. Esposito, Lyons Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 518052082 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan Motor Acceptance Corp, 8900 Freeport Parkway, Irving, TX 75063-2438 |
| 518052081 | | New Jersey Spine Center, 40 Main Street, Chatham, NJ 07928-2431 |
| 518052083 | | PAM, LLC-New Jersey E-ZPass, PO Box 1642, Milwaukee, WI 53201-1642 |
| 518152824 | #+ | Plainfield M.U.A, 127 Roosevelt Ave, Plainfield NJ 07060-1331 |
| 518052084 | | Plainfield M.U.A. Sewerage & Solid Waste, PO Box 416829, Boston, MA 02241-6829 |
| 518102135 | + | State of NJ, Dep. of Labor and Workforce, Development, PO Box 951, Trenton, NJ 08625-0951 |
| 518206995 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518052090 | | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 518656421 | + | State of New Jersey, Department of Labor, POB 951, Trenton, NJ 08625-0951 |
| 518052091 | | The Derm Group, PO Box 1870, Cary, NC 27512-1870 |
| 518052092 | | Union Anes and Pain Management, PO Box 415750, Boston, MA 02241-5750 |
| 518052093 | | Union Anesthesia Associates PA, PO Box 415750, Boston, MA 02241-5750 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 02 2023 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 02 2023 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 02 2023 20:50:47 | Orion, c/o PRA Receivables Management LLC, POB 41021, Norfolk, VA 23541-1021 |

Case 19-14001-VFP    Doc 130    Filed 03/04/23    Entered 03/05/23 00:16:42    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 02, 2023 | Form ID: 185 | Total Noticed: 68 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518052058 | | Email/Text: g20956@att.com | Mar 02 2023 20:53:00 | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 518199970 | + | Email/Text: g20956@att.com | Mar 02 2023 20:53:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 518052057 | ^ | MEBN | Mar 02 2023 20:47:02 | Alpha Recover Corp., 6912 S. Quentin St. Unit 10, Englewood, CO 80112-4531 |
| 518132294 | + | Email/Text: documentfiling@lciinc.com | Mar 02 2023 20:51:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518052061 | | Email/Text: ECMBKMail@Caliberhomeloans.com | Mar 02 2023 20:53:00 | Caliber Home Loans, P.O. Box 24610, Oklahoma City, OK 73124-0610 |
| 518126993 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 02 2023 20:50:47 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518052062 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 02 2023 20:50:40 | Capital One Bank (USA), NA, PO Box 6492, Carol Stream, IL 60197-6492 |
| 518052063 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 02 2023 20:49:21 | Capital One Services, LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518052064 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2023 21:01:57 | Citibank / Choice, P.O. BOX 9001037, Louisville, KY 40290-1037 |
| 518052065 | + | Email/Text: bankruptcy@credencerm.com | Mar 02 2023 20:53:00 | Credence, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 518052066 | | Email/Text: G06041@att.com | Mar 02 2023 20:53:00 | Directv, PO Box 5007, Carol Stream, IL 60197-5007 |
| 518212840 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 02 2023 20:49:50 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518052072 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 02 2023 20:53:00 | Fingerhut Customer Service, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 518052073 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 02 2023 20:49:42 | First PREMIER Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 518052075 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 02 2023 20:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518158792 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 02 2023 20:53:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518052076 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 02 2023 20:53:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 518101173 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2023 20:50:10 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 518130695 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2023 20:50:08 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518847035 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 02 2023 20:50:40 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518847034 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 02 2023 20:50:23 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518052078 | | Email/Text: bankruptcydpt@mcmcg.com | Mar 02 2023 20:52:00 | Midland Credit Management, Inc, 2635 Northside Drive, Suite 300, San Diego, CA 92108 |
| 518171971 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 02 2023 20:52:00 | Midland Funding LLC, P.O. Box 2011, Warren, |

Case 19-14001-VFP   Doc 130   Filed 03/04/23   Entered 03/05/23 00:16:42   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 02, 2023 | Form ID: 185 | Total Noticed: 68 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | MI 48090-2011 |
| 518052079 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 02 2023 20:52:00 | Midland Funding, LLC, 2365 Northside Dr #300, San Diego, CA 92108-2710 |
| 518052068 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 02 2023 20:51:00 | E-ZPass Customer Service Center, 375 McCarter Hwy, Newark, NJ 07114 |
| 518052080 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 02 2023 20:52:00 | Nelnet Loan Services, 3015 S. Parker Rd, Ste 425, Aurora, CO 80014-2904 |
| 518060468 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 02 2023 20:51:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 518054501 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 02 2023 20:50:32 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518102423 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 02 2023 20:49:46 | Orion Portfolio Services, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518052085 | | Email/Text: signed.order@pfwattorneys.com | Mar 02 2023 20:51:00 | Pressler & Pressler, L.L.P., 7 Entin Road, Parsippany, NJ 07054 |
| 518142333 | + | Email/Text: bankruptcy@pseg.com | Mar 02 2023 20:51:00 | PSE&G, Attn: Bankruptcy Dept., PO Box 490, Cranford NJ 07016-0490 |
| 518052086 | ^ | MEBN | Mar 02 2023 20:46:08 | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 518159049 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 02 2023 20:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518052087 | + | Email/Text: bkrpt@retrievalmasters.com | Mar 02 2023 20:52:00 | RMCB, P.O. Box 1234, Elmsford, NY 10523-0934 |
| 518052088 | + | Email/Text: ebn@rwjbh.org | Mar 02 2023 20:53:00 | Saint Barnabas Medical Center, PO Box 903, Oceanport, NJ 07757-0903 |
| 518052089 | | Email/Text: enotifications@santanderconsumerusa.com | Mar 02 2023 20:53:00 | Santander Consumer USA, P.O. Box 660633, Dallas, TX 75266-0633 |
| 518103215 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 02 2023 20:53:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518304598 | | Email/Text: bankruptcy@sw-credit.com | Mar 02 2023 20:52:00 | Southwest Credit, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 518101174 | + | Email/Text: bncnotices@stengerlaw.com | Mar 02 2023 20:51:00 | Stenger & Stenger P.C., 2618 East Paris Ave. SE, Grand Rapids, MI 49546-2458 |
| 518208894 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 02 2023 20:50:46 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518052095 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 02 2023 20:51:00 | Verizon, P.O. Box 4833, Trenton, NJ 08650-4833 |
| 518052094 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 02 2023 20:51:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518222405 | | Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City OK 731 |
| cr | *+ | Nissan Motor Acceptance Corporation, PO Box 660366, Dallas, TX 75266-0366 |
| 518052067 | ## | Diversified Consultants, Inc., PO Box 1391, Southgate, MI 48195-0391 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

District/off: 0312-2     User: admin     Page 4 of 4
Date Rcvd: Mar 02, 2023     Form ID: 185     Total Noticed: 68

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2023        Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Joint Debtor Terrell Henry nascondiglio@middlebrooksshapiro.com |
| Angela Nascondiglio Stein | on behalf of Debtor Jennifer Henry nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Debtor Jennifer Henry jminneci@middlebrooksshapiro.com |
| Jessica M. Minneci | on behalf of Joint Debtor Terrell Henry jminneci@middlebrooksshapiro.com |
| John R. Morton, Jr. | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melinda D. Middlebrooks | on behalf of Joint Debtor Terrell Henry middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Melinda D. Middlebrooks | on behalf of Debtor Jennifer Henry middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Nicholas V. Rogers | on behalf of Creditor CALIBER HOME LOANS INC. nj.bkecf@fedphe.com |
| Sindi Mncina | on behalf of Creditor CALIBER HOME LOANS INC. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie A. Hamilton | on behalf of Creditor New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov |

TOTAL: 13