Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−14001−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jennifer Henry
dba T&J Car Detailing
541 Huntington Avenue
Plainfield, NJ 07060

Terrell Henry
541 Huntington Avenue
Plainfield, NJ 07060

Social Security No.:
xxx−xx−8314                                xxx−xx−3550

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 6, 2023.

Dated: April 6, 2023
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jennifer Henry  
Terrell Henry  
    Debtors

Case No. 19-14001-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 06, 2023 | Form ID: plncf13 | Total Noticed: 68 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jennifer Henry, Terrell Henry, 541 Huntington Avenue, Plainfield, NJ 07060-2738 |
| cr | + | CALIBER HOME LOANS, INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518052056 | | ADT Security Services, 3100 S Vaughn Way, Aurora, CO 80014 |
| 518052059 | | Avant, Suite 1700, Chicago, IL 60601 |
| 518052060 | | B&B Collections, Inc., PO Box 2137, Toms River, NJ 08754-2137 |
| 518101172 | | Celentano, Stadtmauer & Walentowicz, LLP, Notchview Office Park, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 518052065 | + | Credence, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 518052069 | | EMA, St. Barnabas Emergency Medical Associate, PO Box 6251, Parsippany, NJ 07054-7251 |
| 518052070 | | Essex County Probation Division, Child Support Enforcement, PO Box 372, Child Support Enf Unit, Newark, NJ 07101-0372 |
| 518052071 | | Essex Hudson Erology, PC, PO Box 550, Belleville, NJ 07109-0550 |
| 518052074 | + | Garden State Dental - Roselle Park, 236 East Westfield Ave, Roselle Park, NJ 07204-2084 |
| 518052077 | + | Keith R. Esposito, Lyons Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 518052082 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan Motor Acceptance Corp, 8900 Freeport Parkway, Irving, TX 75063-2438 |
| 518052081 | | New Jersey Spine Center, 40 Main Street, Chatham, NJ 07928-2431 |
| 518052083 | | PAM, LLC-New Jersey E-ZPass, PO Box 1642, Milwaukee, WI 53201-1642 |
| 518152824 | #+ | Plainfield M.U.A, 127 Roosevelt Ave, Plainfield NJ 07060-1331 |
| 518052084 | | Plainfield M.U.A. Sewerage & Solid Waste, PO Box 416829, Boston, MA 02241-6829 |
| 518102135 | + | State of NJ, Dep. of Labor and Workforce, Development, PO Box 951, Trenton, NJ 08625-0951 |
| 518206995 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518052090 | | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 518656421 | + | State of New Jersey, Department of Labor, POB 951, Trenton, NJ 08625-0951 |
| 518052091 | | The Derm Group, PO Box 1870, Cary, NC 27512-1870 |
| 518052092 | | Union Anes and Pain Management, PO Box 415750, Boston, MA 02241-5750 |
| 518052093 | | Union Anesthesia Associates PA, PO Box 415750, Boston, MA 02241-5750 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 06 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 06 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 06 2023 20:52:02 | Orion, c/o PRA Receivables Management LLC, |

Case 19-14001-VFP   Doc 137   Filed 04/08/23   Entered 04/09/23 00:15:48   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 06, 2023 | Form ID: plncf13 | Total Noticed: 68 |

| | | | | |
|---|---|---|---|---|
| | | | | POB 41021, Norfolk, VA 23541-1021 |
| 518052058 | | Email/Text: g20956@att.com | Apr 06 2023 20:39:00 | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 518199970 | + | Email/Text: g20956@att.com | Apr 06 2023 20:39:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 518052057 | ^ | MEBN | Apr 06 2023 20:36:08 | Alpha Recover Corp., 6912 S. Quentin St. Unit 10, Englewood, CO 80112-4531 |
| 518132294 | + | Email/Text: documentfiling@lciinc.com | Apr 06 2023 20:38:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518052061 | | Email/Text: ECMBKMail@Caliberhomeloans.com | Apr 06 2023 20:39:00 | Caliber Home Loans, P.O. Box 24610, Oklahoma City, OK 73124-0610 |
| 518126993 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 06 2023 20:52:14 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518052062 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2023 20:41:41 | Capital One Bank (USA), NA, PO Box 6492, Carol Stream, IL 60197-6492 |
| 518052063 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2023 20:41:31 | Capital One Services, LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518052064 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 06 2023 20:41:38 | Citibank / Choice, P.O. BOX 9001037, Louisville, KY 40290-1037 |
| 518052065 | + | Email/Text: bankruptcy@credencerm.com | Apr 06 2023 20:39:00 | Credence, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 518052066 | | Email/Text: G06041@att.com | Apr 06 2023 20:39:00 | Directv, PO Box 5007, Carol Stream, IL 60197-5007 |
| 518212840 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 06 2023 20:52:11 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518052072 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 06 2023 20:39:00 | Fingerhut Customer Service, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 518052073 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 06 2023 20:52:13 | First PREMIER Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 518052075 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 06 2023 20:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518158792 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 06 2023 20:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518052076 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 06 2023 20:39:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 518101173 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2023 20:52:01 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 518130695 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2023 20:52:03 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518847035 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 06 2023 20:41:41 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518847034 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 06 2023 20:41:35 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518052078 | | Email/Text: bankruptcydpt@mcmcg.com | Apr 06 2023 20:39:00 | Midland Credit Management, Inc, 2635 Northside Drive, Suite 300, San Diego, CA 92108 |
| 518171971 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

Case 19-14001-VFP    Doc 137    Filed 04/08/23    Entered 04/09/23 00:15:48    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 06, 2023 | Form ID: plncf13 | Total Noticed: 68 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 06 2023 20:39:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 518052079 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 06 2023 20:39:00 | Midland Funding, LLC, 2365 Northside Dr #300, San Diego, CA 92108-2710 |
| 518052068 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 06 2023 20:38:00 | E-ZPass Customer Service Center, 375 McCarter Hwy, Newark, NJ 07114 |
| 518052080 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 06 2023 20:39:00 | Nelnet Loan Services, 3015 S. Parker Rd, Ste 425, Aurora, CO 80014-2904 |
| 518060468 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 06 2023 20:38:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 518054501 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 06 2023 20:52:00 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518102423 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 06 2023 20:52:12 | Orion Portfolio Services, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518052085 | | Email/Text: signed.order@pfwattorneys.com | Apr 06 2023 20:38:00 | Pressler & Pressler, L.L.P., 7 Entin Road, Parsippany, NJ 07054 |
| 518142333 | + | Email/Text: bankruptcy@pseg.com | Apr 06 2023 20:38:00 | PSE&G, Attn: Bankruptcy Dept., PO Box 490, Cranford NJ 07016-0490 |
| 518052086 | ^ | MEBN | Apr 06 2023 20:35:41 | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 518159049 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 06 2023 20:39:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518052087 | + | Email/Text: bkrpt@retrievalmasters.com | Apr 06 2023 20:39:00 | RMCB, P.O. Box 1234, Elmsford, NY 10523-0934 |
| 518052088 | + | Email/Text: ebn@rwjbh.org | Apr 06 2023 20:39:00 | Saint Barnabas Medical Center, PO Box 903, Oceanport, NJ 07757-0903 |
| 518052089 | | Email/Text: enotifications@santanderconsumerusa.com | Apr 06 2023 20:39:00 | Santander Consumer USA, P.O. Box 660633, Dallas, TX 75266-0633 |
| 518103215 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 06 2023 20:39:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518304598 | | Email/Text: bankruptcy@sw-credit.com | Apr 06 2023 20:39:00 | Southwest Credit, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 518101174 | + | Email/Text: bncnotices@stengerlaw.com | Apr 06 2023 20:38:00 | Stenger & Stenger P.C., 2618 East Paris Ave. SE, Grand Rapids, MI 49546-2458 |
| 518208894 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 06 2023 20:52:11 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518052095 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 06 2023 20:38:00 | Verizon, P.O. Box 4833, Trenton, NJ 08650-4833 |
| 518052094 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 06 2023 20:38:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |

TOTAL: 45

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518222405 | | Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City OK 731 |
| cr | *+ | Nissan Motor Acceptance Corporation, PO Box 660366, Dallas, TX 75266-0366 |
| 518052067 | ## | Diversified Consultants, Inc., PO Box 1391, Southgate, MI 48195-0391 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

District/off: 0312-2 User: admin Page 4 of 4
Date Rcvd: Apr 06, 2023 Form ID: plncf13 Total Noticed: 68

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Joint Debtor Terrell Henry nascondiglio@middlebrooksshapiro.com |
| Angela Nascondiglio Stein | on behalf of Debtor Jennifer Henry nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Debtor Jennifer Henry jminneci@middlebrooksshapiro.com |
| Jessica M. Minneci | on behalf of Joint Debtor Terrell Henry jminneci@middlebrooksshapiro.com |
| John R. Morton, Jr. | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melinda D. Middlebrooks | on behalf of Joint Debtor Terrell Henry middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Melinda D. Middlebrooks | on behalf of Debtor Jennifer Henry middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Nicholas V. Rogers | on behalf of Creditor CALIBER HOME LOANS INC. nj.bkecf@fedphe.com |
| Sindi Mncina | on behalf of Creditor CALIBER HOME LOANS INC. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie A. Hamilton | on behalf of Creditor New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov |

TOTAL: 13