| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for MidFirst Bank | |
| In Re:<br><br>Jennifer Henry dba T&J Car Detailing<br>Terrell Henry<br><br>Debtors | Case No.: <u>19-14001 VFP</u><br><br>Chapter: <u>13</u><br><br>Judge: <u>Vincent F. Papalia</u> |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled ■ Withdrawn

Matter: <u>Creditor's Certification of Default</u>

Date: August 18, 2023

/s/ Denise Carlon
Signature

*rev. 8/1/15*