Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−14001−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jennifer Henry<br>dba T&J Car Detailing<br>541 Huntington Avenue<br>Plainfield, NJ 07060 | Terrell Henry<br>541 Huntington Avenue<br>Plainfield, NJ 07060 |

Social Security No.:
  xxx−xx−8314                                                       xxx−xx−3550

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/19/23 at 10:00 AM

to consider and act upon the following:

*154* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/28/2023. (Attachments: # 1 Proposed Order) (Greenberg, Marie−Ann)

*156* − Certification in Opposition to Trustee Default (related document:154 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 9/28/2023. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Angela Nascondiglio Stein on behalf of Jennifer Henry, Terrell Henry. (Attachments: # 1 Certificate of Service) (Stein, Angela)

Dated: 9/29/23

                                                                                  Jeanne Naughton
                                                                                  Clerk, U.S. Bankruptcy Court