| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Jennifer Henry and Terrell Henry,<br><br>Chapter 13 Debtors. | Case No.: 19-14001-VFP<br><br>Chapter: 13<br><br>Judge: Papalia |

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Jennifer Henry_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 3/25/2024

/s/Jennifer Henry
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be issued for a debtor who does not submit a completed Certification in Support of Discharge.**

*rev.6/16/17*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Jennifer Henry and Terrell Henry,<br><br>Chapter 13 Debtors. | Case No.: _____19-14001-VFP_____<br><br>Chapter: _____13_____<br><br>Judge: _____Papalia_____ |

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Terrell Henry_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☐ I am not required to pay domestic support obligations, or

   ☒ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _____3/25/2024_____         /s/Terrell Henry
                                    _____
                                    Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be issued for a debtor who does not submit a completed Certification in Support of Discharge.**

*rev.6/16/17*