# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re:  
    JENNIFER HENRY  
    TERRELL HENRY  
        Debtor(s)

Case No. 19-14001

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marie-Ann Greenberg, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/27/2019.

2) The plan was confirmed on 06/12/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/07/2020, 06/04/2021, 04/06/2023.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/06/2020, 05/18/2022, 11/08/2022, 01/10/2023, 07/25/2023, 09/14/2023.

5) The case was completed on 02/14/2024.

6) Number of months from filing or conversion to last payment: 60.

7) Number of months case was pending: 62.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $10,100.43.

10) Amount of unsecured claims discharged without full payment: $80,237.07.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $22,874.07 |
| Less amount refunded to debtor | $8.24 |
| **NET RECEIPTS:** | **$22,865.83** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $9,562.70 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,238.83 |
| Other | $531.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$11,332.53** |
| Attorney fees paid and disclosed by debtor: | $1,750.00 |

**Attorney Fees:**

| Payee Name | Payee Type | Paid Outside | Paid Via Plan |
|---|---|---:|---:|
| MELINDA MIDDLEBROOKS ESQ | Attorney Fee | $1,750.00 | $9,562.70 |

**Other:**

| Payee Name | Payee Type | | Amount Paid |
|---|---|---|---:|
| NISSAN MOTOR ACCEPTANCE COR | Administrative | | $531.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADT SECURITY SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALPHA RECOVER CORP. | Unsecured | 2,964.58 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | 12,143.40 | 12,637.05 | 12,637.05 | 1,115.41 | 0.00 |
| AVANT | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| CALIBER HOME LOANS | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | 2,542.14 | 2,611.37 | 2,611.37 | 227.72 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | 2,314.78 | 2,984.62 | 2,984.62 | 260.26 | 0.00 |
| CAPITAL ONE BANK (USA), NA | Unsecured | 2,314.78 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | NA | 401.81 | 401.81 | 20.85 | 0.00 |
| DIRECTV, LLC | Unsecured | 356.38 | 369.83 | 369.83 | 14.26 | 0.00 |
| DIVERSIFIED CONSULTANTS, INC. | Unsecured | 1,044.03 | NA | NA | 0.00 | 0.00 |
| EMA | Unsecured | 1,109.00 | NA | NA | 0.00 | 0.00 |
| ESSEX COUNTY PROBATION DIVISIO | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| ESSEX HUDSON EROLOGY, PC | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| GARDEN STATE DENTAL - ROSELLE | Unsecured | 424.60 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 9,403.96 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 892.59 | 892.59 | 892.59 | 73.18 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 2,964.58 | 2,964.58 | 2,964.58 | 258.51 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 4,000.00 | 1,820.47 | 1,820.47 | 158.74 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,044.03 | 1,044.03 | 1,044.03 | 91.04 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 3,243.19 | 3,243.19 | 282.81 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 594.25 | 594.25 | 37.69 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MERCEDES MIRANDA | Priority | NA | NA | NA | 0.00 | 0.00 |
| MIDFIRST BANK | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDFIRST BANK | Secured | 538.00 | 538.00 | 538.00 | 538.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, I| Unsecured | 780.15 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 780.15 | 780.15 | 780.15 | 45.30 | 0.00 |
| NELNET LOAN SERVICES | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| NEW JERSEY SPINE CENTER | Unsecured | 610.00 | NA | NA | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP | Secured | 886.42 | 886.42 | 886.42 | 886.42 | 0.00 |
| ORION PORTFOLIO SERVICES LLC | Unsecured | 110.65 | 328.69 | 328.69 | 12.82 | 0.00 |
| PLAINFIELD M.U.A. SEWERAGE & SC | Unsecured | 1,709.16 | NA | NA | 0.00 | 0.00 |
| PLAINFIELD MUA | Secured | NA | 2,542.62 | 2,542.62 | 2,542.62 | 0.00 |
| PSE&G | Unsecured | 652.76 | 799.65 | 799.65 | 0.00 | 0.00 |
| RMCB | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| SAINT BARNABAS MEDICAL CENTER | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SAINT BARNABAS MEDICAL CENTER | Unsecured | 2,685.83 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 5,000.00 | 5,459.92 | 5,459.92 | 481.90 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS | Unsecured | 5,511.39 | NA | NA | 0.00 | 0.00 |
| STATE OF NEW JERSEY | Unsecured | NA | 30.66 | 30.66 | 30.66 | 0.00 |
| STATE OF NJ | Unsecured | NA | 4,865.99 | 4,865.99 | 429.48 | 0.00 |
| STATE OF NJ | Priority | 1,321.40 | 1,321.40 | 1,321.40 | 1,321.40 | 0.00 |
| THE DERM GROUP | Unsecured | 52.68 | NA | NA | 0.00 | 0.00 |
| UNION ANES AND PAIN MANAGEMEN | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| UNION ANESTHESIA ASSOCIATES PA | Unsecured | 370.56 | NA | NA | 0.00 | 0.00 |
| UNITED STATES TREASURY/IRS | Unsecured | 9,403.96 | 8,718.67 | 8,718.67 | 769.55 | 0.00 |
| UNITED STATES TREASURY/IRS | Priority | 1,934.62 | 1,934.62 | 1,934.62 | 1,934.62 | 0.00 |
| VERIZON | Unsecured | 110.65 | NA | NA | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 121.42 | 121.42 | 0.06 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $538.00 | $538.00 | $0.00 |
| Debt Secured by Vehicle | $886.42 | $886.42 | $0.00 |
| All Other Secured | $2,542.62 | $2,542.62 | $0.00 |
| **TOTAL SECURED:** | **$3,967.04** | **$3,967.04** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,256.02 | $3,256.02 | $0.00 |
| **TOTAL PRIORITY:** | **$3,256.02** | **$3,256.02** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$50,668.94** | **$4,310.24** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $11,332.53 |
| Disbursements to Creditors | $11,533.30 |
| **TOTAL DISBURSEMENTS** : | **$22,865.83** |

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/09/2024　　　　　　　　　　By: /s/ Marie-Ann Greenberg  
　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.