| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jennifer Henry<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–8314<br>EIN    _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Terrell Henry<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–3550<br>EIN    _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    19–14001–VFP | | |

# Order of Discharge                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Jennifer Henry                               Terrell Henry
    dba T&J Car Detailing

<u>5/10/24</u>                                         **By the court:** <u>Vincent F. Papalia</u>
                                                                             United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                  Case No. 19-14001-VFP

Jennifer Henry                                                                          Chapter 13

Terrell Henry

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 4

Date Rcvd: May 10, 2024          Form ID: 3180W          Total Noticed: 67

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jennifer Henry, Terrell Henry, 541 Huntington Avenue, Plainfield, NJ 07060-2738 |
| cr | + | CALIBER HOME LOANS, INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518052056 | | ADT Security Services, 3100 S Vaughn Way, Aurora, CO 80014 |
| 518052059 | | Avant, Suite 1700, Chicago, IL 60601 |
| 518052060 | | B&B Collections, Inc., PO Box 2137, Toms River, NJ 08754-2137 |
| 518101172 | | Celentano, Stadtmauer & Walentowicz, LLP, Notchview Office Park, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 518052069 | | EMA, St. Barnabas Emergency Medical Associate, PO Box 6251, Parsippany, NJ 07054-7251 |
| 518052070 | | Essex County Probation Division, Child Support Enforcement, PO Box 372, Child Support Enf Unit, Newark, NJ 07101-0372 |
| 518052071 | | Essex Hudson Erology, PC, PO Box 550, Belleville, NJ 07109-0550 |
| 518052074 | + | Garden State Dental - Roselle Park, 236 East Westfield Ave, Roselle Park, NJ 07204-2084 |
| 518052077 | + | Keith R. Esposito, Lyons Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 518052081 | | New Jersey Spine Center, 40 Main Street, Chatham, NJ 07928-2431 |
| 518054501 | + | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518052083 | | PAM, LLC-New Jersey E-ZPass, PO Box 1642, Milwaukee, WI 53201-1642 |
| 518052084 | | Plainfield M.U.A. Sewerage & Solid Waste, PO Box 416829, Boston, MA 02241-6829 |
| 518052087 | + | RMCB, P.O. Box 1234, Elmsford, NY 10523-0934 |
| 518052091 | | The Derm Group, PO Box 1870, Cary, NC 27512-1870 |
| 518052092 | | Union Anes and Pain Management, PO Box 415750, Boston, MA 02241-5750 |
| 518052093 | | Union Anesthesia Associates PA, PO Box 415750, Boston, MA 02241-5750 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 10 2024 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 10 2024 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PRA.COM | May 11 2024 00:36:00 | Orion, c/o PRA Receivables Management LLC, POB 41021, Norfolk, VA 23541-1021 |
| 518052058 | | EDI: CINGMIDLAND.COM | May 11 2024 00:36:00 | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 518199970 | + | EDI: CINGMIDLAND.COM | May 11 2024 00:36:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 518052057 | ^ | MEBN | May 10 2024 20:41:29 | Alpha Recover Corp., 6912 S. Quentin St. Unit 10, Englewood, CO 80112-4531 |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| 518132294 | + | EDI: COMCASTCBLCENT | May 11 2024 00:30:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518052061 | | Email/Text: ECMBKMail@Caliberhomeloans.com | May 10 2024 20:42:00 | Caliber Home Loans, P.O. Box 24610, Oklahoma City, OK 73124-0610 |
| 518126993 | + | EDI: AIS.COM | May 11 2024 00:36:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518052062 | | EDI: CAPITALONE.COM | May 11 2024 00:30:00 | Capital One Bank (USA), NA, PO Box 6492, Carol Stream, IL 60197-6492 |
| 518052063 | + | EDI: CAPITALONE.COM | May 11 2024 00:30:00 | Capital One Services, LLC, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518101172 | ^ | MEBN | May 10 2024 20:43:00 | Celentano, Stadtmauer & Walentowicz, LLP, Notchview Office Park, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 518052064 | + | EDI: CITICORP | May 11 2024 00:30:00 | Citibank / Choice, P.O. BOX 9001037, Louisville, KY 40290-1037 |
| 518052065 | + | Email/Text: bankruptcy@credencerm.com | May 10 2024 20:42:00 | Credence, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 518052066 | | EDI: DIRECTV.COM | May 11 2024 00:36:00 | Directv, PO Box 5007, Carol Stream, IL 60197-5007 |
| 518212840 | + | EDI: AIS.COM | May 11 2024 00:36:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518052072 | + | EDI: BLUESTEM | May 11 2024 00:36:00 | Fingerhut Customer Service, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 518052073 | | EDI: AMINFOFP.COM | May 11 2024 00:36:00 | First PREMIER Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 518052075 | | EDI: IRS.COM | May 11 2024 00:36:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518158792 | | EDI: JEFFERSONCAP.COM | May 11 2024 00:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518052076 | | EDI: JEFFERSONCAP.COM | May 11 2024 00:36:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 518101173 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 10 2024 20:55:13 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 518130695 | | Email/PDF: resurgentbknotifications@resurgent.com | May 10 2024 20:54:49 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518847035 | + | EDI: AISMIDFIRST | May 11 2024 00:30:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518847034 | + | EDI: AISMIDFIRST | May 11 2024 00:30:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518052078 | | Email/Text: bankruptcydpt@mcmcg.com | May 10 2024 20:42:00 | Midland Credit Management, Inc, 2635 Northside Drive, Suite 300, San Diego, CA 92108 |
| 518171971 | + | Email/Text: bankruptcydpt@mcmcg.com | May 10 2024 20:42:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 518052079 | + | Email/Text: bankruptcydpt@mcmcg.com | May 10 2024 20:42:00 | Midland Funding, LLC, 2365 Northside Dr #300, San Diego, CA 92108-2710 |
| 518052082 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 10 2024 20:41:00 | Nissan Motor Acceptance Corp, 8900 Freeport Parkway, Irving, TX 75063-2438 |

Case 19-14001-VFP    Doc 166    Filed 05/12/24    Entered 05/13/24 00:17:52    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 10, 2024 | Form ID: 3180W | Total Noticed: 67 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518052068 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 10 2024 20:41:00 | E-ZPass Customer Service Center, 375 McCarter Hwy, Newark, NJ 07114 |
| 518052080 | + | Email/Text: electronicbkydocs@nelnet.net | May 10 2024 20:42:00 | Nelnet Loan Services, 3015 S. Parker Rd, Ste 425, Aurora, CO 80014-2904 |
| 518060468 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 10 2024 20:41:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 518102423 | ^ | MEBN | May 10 2024 20:42:03 | Orion Portfolio Services, LLC, 10375 Old Alabama Rd Conn,, Suite 302, Alpharetta, GA 30022-1119 |
| 518052085 | | Email/Text: signed.order@pfwattorneys.com | May 10 2024 20:41:00 | Pressler & Pressler, L.L.P., 7 Entin Road, Parsippany, NJ 07054 |
| 518142333 | + | Email/Text: bankruptcy@pseg.com | May 10 2024 20:41:00 | PSE&G, Attn: Bankruptcy Dept., PO Box 490, Cranford NJ 07016-0490 |
| 518052086 | ^ | MEBN | May 10 2024 20:40:33 | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 518159049 | + | EDI: JEFFERSONCAP.COM | May 11 2024 00:36:00 | Premier Bankard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518206995 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 10 2024 20:41:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518052090 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 10 2024 20:41:00 | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 518052088 | + | Email/Text: ebn@rwjbh.org | May 10 2024 20:42:00 | Saint Barnabas Medical Center, PO Box 903, Oceanport, NJ 07757-0903 |
| 518052089 | | Email/Text: enotifications@santanderconsumerusa.com | May 10 2024 20:42:00 | Santander Consumer USA, P.O. Box 660633, Dallas, TX 75266-0633 |
| 518103215 | + | Email/Text: enotifications@santanderconsumerusa.com | May 10 2024 20:42:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518304598 | | Email/Text: bankruptcy@sw-credit.com | May 10 2024 20:42:00 | Southwest Credit, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 518102135 | ^ | MEBN | May 10 2024 20:41:10 | State of NJ, Dep. of Labor and Workforce, Development, PO Box 951, Trenton, NJ 08625-0951 |
| 518656421 | + | Email/Text: DOLUIBANKRUPTCY@dol.nj.gov | May 10 2024 20:42:00 | State of New Jersey, Department of Labor, POB 951, Trenton, NJ 08625-0951 |
| 518101174 | + | Email/Text: bncnotices@stengerlaw.com | May 10 2024 20:41:00 | Stenger & Stenger P.C., 2618 East Paris Ave. SE, Grand Rapids, MI 49546-2458 |
| 518208894 | + | EDI: AIS.COM | May 11 2024 00:36:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518052095 | | EDI: VERIZONCOMB.COM | May 11 2024 00:30:00 | Verizon, P.O. Box 4833, Trenton, NJ 08650-4833 |
| 518052094 | | EDI: VERIZONCOMB.COM | May 11 2024 00:30:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518222405 | | Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City OK 731 |
| cr | *+ | Nissan Motor Acceptance Corporation, PO Box 660366, Dallas, TX 75266-0366 |
| 518052067 | ## | Diversified Consultants, Inc., PO Box 1391, Southgate, MI 48195-0391 |

518152824    ##+    Plainfield M.U.A, 127 Roosevelt Ave, Plainfield NJ 07060-1331

TOTAL: 1 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela Nascondiglio Stein | on behalf of Joint Debtor Terrell Henry nascondiglio@middlebrooksshapiro.com |
| Angela Nascondiglio Stein | on behalf of Debtor Jennifer Henry nascondiglio@middlebrooksshapiro.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Debtor Jennifer Henry jminneci@middlebrooksshapiro.com minneci.jessicab@notify.bestcase.com |
| Jessica M. Minneci | on behalf of Joint Debtor Terrell Henry jminneci@middlebrooksshapiro.com minneci.jessicab@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melinda D. Middlebrooks | on behalf of Joint Debtor Terrell Henry middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com |
| Melinda D. Middlebrooks | on behalf of Debtor Jennifer Henry middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com;minneci.jessicab@notify.bestcase.com |
| Nicholas V. Rogers | on behalf of Creditor CALIBER HOME LOANS INC. nj.bkecf@fedphe.com |
| Sindi Mncina | on behalf of Creditor CALIBER HOME LOANS INC. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie A. Hamilton | on behalf of Creditor New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov |

TOTAL: 13